MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
mbrooks@klnevada.com

CHARLES T. MEYER (State Bar No. 11842)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
ctm@severson.com

Attorneys for Defendant
SFC OF NEVADA, LLC d/b/a MAVERICK FINANCE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEMETRIOUS MCCOLLUM-GIBSON, | CASE NO. 2:17-cv-02614-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| SFC OF NEVADA, LLC D/B/A MAVERICK FINANCE; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, | Action Filed: October 6, 2017<br>Trial Date: None Set |
| Defendants | |

Plaintiff DEMETRIOUS MCCOLLUM-GIBSON ("Plaintiff") and Defendant SFC OF NEVADA, LLC d/b/a MAVERICK FINANCE ("Maverick" or "Defendant") hereby stipulate as follows:

## **RECITALS**

1. Plaintiff filed this action against Maverick October 6, 2017 and served Maverick

on October 11, 2017.

2. Maverick's initial deadline to respond to the complaint is November 1, 2017.

3. Plaintiff has agreed to extend the time for Maverick to respond to the complaint up to and including November 30, 2017, so that Maverick may have additional time to investigate this matter and the parties may explore the possibility of settlement.

4. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

## **STIPULATION**

1. The deadline for Maverick to respond to the complaint shall be continued to November 30, 2017.

2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED: November 15, 2017　　Respectfully submitted,

HAINES & KRIEGER

By: /s/ Rachel Saturn
_____
　　Rachel Saturn
　　David Krieger

Attorneys for Plaintiff Wilbur C. Gibson

DATED: November 15, 2017　　Respectfully submitted.

KOLESAR & LEATHAM

By: */s/ Michael R. Brooks*
_____
　　Michael R. Brooks

Attorneys for Defendant SFC OF NEVADA, LLC d/b/a MAVERICK FINANCE

DATED: November 15, 2017    Respectfully submitted.

SEVERSON & WERSON

By: _____
*/s/ Charles T. Meyer*
Charles T. Meyer

Attorneys for Defendant SFC OF NEVADA, LLC d/b/a MAVERICK FINANCE

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED this 16 day of November 2017

_____
UNITED STATES MAGISTRATE JUDGE

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On November 15, 2017, I served true copies of the following document(s): **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| David H. Krieger, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV  89123 | Attorneys for Plaintiff<br>Wilbur C. Gibson<br><br>Telephone: (702) 880-5554<br>Facsimile: (702) 385-5518<br>dkrieger@hainesandkrieger.com |
| Chad C. Butterfield<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>300 South Fourth St., 11th Floor<br>Las Vegas, NV 89101 | Attorneys for Defendant<br>AMERICAN HONDA FINANCE CORP.<br><br>Telephone: (702) 727-1400<br>Facsimile: (702) 727-1401<br>chad.butterfield@wilsonelser.com |
| Michael R. Brooks, Esq.<br>KOLESAR & LEATHAM<br>400 S. Rampart Blvd., Ste. 400<br>Las Vegas, Nevada  89145 | Attorneys for Defendant<br>SFC OF NEVADA, LLC DBA MAVERICK FINANCE<br><br>Telephone: (702) 702-3627800<br>Facsimile: (702) 702-362-9472<br>Mbrooks@klnevada.com |

**[X]  BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 15, 2017, at Irvine, California.

_____
Matthew N. Tran