David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*DEMETRIOUS MCCOLLUM-GIBSON*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEMETRIOUS MCCOLLUM-GIBSON, | Case No. 2:17-cv-02614-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION, LLC.** |
| v. | |
| SFC OF NEVADA, LLC D/B/A MAVERICK FINANCE; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff DEMETRIOUS MCCOLLUM-GIBSON and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to **TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: March 20, 2018

| By: | By: |
|---|---|
| */s/David H. Krieger, Esq.* | */s/Jason Revzin, Esq.* |
| David H. Krieger, Esq. | Jason Revzin, Esq. |
| Nevada Bar No. 9086 | Lewis Brisbois Bisgaard & Smith LLP |
| HAINES & KRIEGER, LLC | 6385 S. Rainbow Blvd. |
| 8985 S. Eastern Avenue | Suite 600 |
| Suite 350 | Las Vegas, NV 89118 |
| Henderson, Nevada 89123 | jason.revzin@lewisbrisbois.com |
| | |
| *Attorney for Plaintiff,* | *Attorney for Defendant* |
| DEMETRIOUS MCCOLLUM-GIBSON | TRANS UNION, LLC |

## **ORDER**

**IT IS SO ORDERED.**

DATED: this __23__ day of March, 2018.

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**